### 35128. WISE v. SKINNER.

NICHOLS, Chief Justice.

This is a pro se appeal from an order overruling Wise's petition for mandamus seeking to require the Clerk of the Carroll County Superior Court to furnish him with a copy of the trial transcript of his armed robbery conviction.

"There must be some justification or showing of necessity beyond a mere naked demand for a transcript. While there is a basic right to a free transcript to perfect a timely direct appeal, there is no absolute right to a free transcript just so the prisoner may have it, and *some justification for use in a habeas corpus or related proceeding must be shown* in order to be entitled to such records in a collateral attack on the sentence. [Cits.]" *Mydell v. Clerk,* 241 Ga. 24 (243 SE2d 72) (1978).

Wise failed to show justification, and the trial court did not err in overruling his petition demanding a copy of his trial transcript.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JULY 20, 1979 — DECIDED SEPTEMBER 10, 1979.

Gregory Wise, *pro se.*
*Arthur K. Bolton, Attorney General, William F. Lee,*

*Jr., District Attorney,* for appellee.